UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                )
            Plaintiff,          )
                                )          C.A. No. 05-10344 DPW
v.                              )
                                )
                                )
BARRIEAU EXPRESS, INCORPORATED a.k.a. )
BARRIEAU MOVING & STORAGE and   )
GERARD P. BARRIEAU, JR.         )
                                )
            Defendants,         )
_____)

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including April 16, 2005 because Defendant had just retained counsel.

Dated:  March 4, 2005              Respectfully submitted,

                                   Catherine M. Campbell
                                   BBO #549397629444
                                   Feinberg, Campbell & Zack, P.C.
                                   177 Milk Street
                                   Boston, MA 02109
                                   (617) 338-1976


                                   /s/ Catherine M. Campbell_____
                                   Attorney for Plaintiff

<u>Certificate of Service</u>

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Gerard P. Barrieau, Jr., Barrieau Express Inc. aka Barrieau Moving & Storage, 47 Soby Drive, W. Hartford, CT 06107.
.

<u>/s/Catherine M. Campbell</u>

Date: March 4, 2005                Catherine M. Campbell