UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br>     Plaintiff <br><br> v. <br><br> BARRIEAU EXPRESS, INC., a.k.a. BARRIEAU MOVING & STORAGE, and GERARD P. BARRIEAU, JR. <br>     Defendant | Civ. Action No. 05-10344-DPW |

**NOTICE OF APPEARANCE**

Please enter a notice of appearance of Laurie Alexander-Krom on behalf of the defendants, Barrieau Express, Inc., a.k.a. Barrieau Moving & Storage, and Gerard P. Barrieau, Jr.

                                                       BARRIEAU EXPRESS, INC.
                                                       a.k.a BARRIEAU MOVING & STORAGE
                                                       and GERALD P. BARRIEAU, JR.

                                                       By their attorney,


                                                       __s/Laurie Alexander-Krom__
                                                       Laurie Alexander-Krom
                                                       BBO #637385
                                                       Murtha Cullina LLP
                                                       99 High Street
                                                       Boston, MA 02110-2320
                                                       Telephone:  (617) 457-4000

Date:  March 7, 2005