UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> BARRIEAU EXPRESS, INCORPORATED a.k.a. BARRIEAU MOVING & STORAGE and GERARD P. BARRIEAU, JR. <br><br> Defendants, | C.A. No. 05-10344 DPW |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Gerard P. Barrieau, Jr., President, Barrieau Express, Inc. aka Barrieau Moving and Storage, on February 25, 2005 by U.S. certified mail, return receipt requested. A copy of the original return receipts are attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 2nd day of March 2005.

Nancy Deleon, Legal Secretary
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976