UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>    Plaintiff )<br>)<br>v. )<br>)<br>BARRIEAU EXPRESS, INC., a.k.a. )<br>BARRIEAU MOVING & STORAGE, and )<br>GERARD P. BARRIEAU, JR. )<br>    Defendant )<br>) | Civ. Action No. 05-10344-DPW |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

The parties, Charles Langone et. al, and Barrieau Express Inc. et. al., request that the Court continue the Scheduling Conference in this case. The conference is currently scheduled for April 28, 2005. The parties request that the conference be rescheduled for a date that is after May 20, 2005, on the grounds that the parties are discussing resolution of the case and because counsel for the plaintiff has a scheduling conflict on April 28, 2005.

| | |
|---|---|
| BARRIEAU EXPRESS, INC., a.k.a.<br>BARRIEAU MOVING & STORAGE, and<br>GERARD P. BARRIEAU, JR<br>By its attorney, | CHARLES LANGONE as FUND<br>MANAGER Of the NEW ENGLAND<br>TEAMSTERS AND TRUCKING<br>INDUSTRY PENSION FUND |
| /S/ Laurie Alexander-Krom<br>Laurie Alexander-Krom – BBO #637385<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110-2320<br>Telephone: (617) 457-4000 | /S/ Catherine M. Campbell<br>Catherine M. Campbell – BBO #549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>Telephone: (617) 338-1976 |
| Date: April 14, 2005 | Date: April 14, 2005 |