UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE as FUND MANAGER ) <br> of the NEW ENGLAND TEAMSTERS AND ) <br> TRUCKING INDUSTRY PENSION FUND ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> BARRIEAU EXPRESS, INC., a.k.a. ) <br> BARRIEAU MOVING & STORAGE, and ) <br> GERARD P. BARRIEAU, JR. ) <br>     Defendant ) | Civ. Action No. 05-10344-DPW |

## ASSENTED TO MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING

The Defendants, Barrieau Express Inc. et. al. and Gerard P. Barrieau, Jr., request that the Court grant a twenty (20) day extension of time in order for the Defendants to file their responsive pleading. The Defendants request this extension because the parties are discussing resolution of the case. The Plaintiff, Charles Langone, assents to this Motion.

| | |
|---|---|
| BARRIEAU EXPRESS, INC., a.k.a. <br> BARRIEAU MOVING & STORAGE, and <br> GERARD P. BARRIEAU, JR <br> By its attorney, | Assented to by, <br> CHARLES LANGONE as FUND <br> MANAGER Of the NEW ENGLAND <br> TEAMSTERS AND TRUCKING <br> INDUSTRY PENSION FUND |
| /S/ Laurie Alexander-Krom <br> Laurie Alexander-Krom – BBO #637385 <br> Murtha Cullina LLP <br> 99 High Street <br> Boston, MA 02110-2320 <br> Telephone: (617) 457-4000 | /S/ Catherine M. Campbell (LAK) <br> Catherine M. Campbell – BBO #549397 <br> Feinberg, Campbell & Zack, P.C. <br> 177 Milk Street <br> Boston, MA 02109 <br> Telephone: (617) 338-1976 |

Date: May 16, 2005