UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>BARRIEAU EXPRESS, INCORPORATED a.k.a. BARRIEAU MOVING & STORAGE and GERARD P. BARRIEAU, JR.<br><br>Defendants, | C.A. No. 05-10344-DPW |

## JOINT PROPOSED PRETRIAL SCHEDULE

Pursuant to the Notice of Scheduling Conference issued by this Court, counsel for the parties have conferred for the express purpose of (1) preparing an agenda of matters to be discussed at the May 24, 2005 scheduling conference, (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery, and (3) considering whether they will consent to trial by magistrate judge.

As a result of said conference between counsel, parties have agreed, subject to Court approval, to prepare for trial in accordance with the following proposed pretrial schedule.

1. All discovery shall be completed by December 15, 2005.

2. Parties shall file any and all Rule 56 Motions for either partial or total summary judgment by January 31, 2006.

| | |
|---|---|
| BARRIEAU EXPRESS, INC., a.k.a. BARRIEAU MOVING & STORAGE, and GERARD P. BARRIEAU, JR By its attorney, | CHARLES LANGONE as FUND MANAGER Of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND |
| /S/ Laurie Alexander-Krom<br>Laurie Alexander-Krom – BBO #637385<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110-2320<br>Telephone:  (617) 457-4000 | /S/ Catherine M. Campbell<br>Catherine M. Campbell – BBO #549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>Telephone:  (617) 338-1976 |
| Dated: May 17, 2005 | Dated: May 17, 2005 |