UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>    Plaintiff                               )<br>                                            )<br>v.                                                )<br>                                            )<br>BARRIEAU EXPRESS, INC., a.k.a.          )<br>BARRIEAU MOVING & STORAGE, and )<br>GERARD P. BARRIEAU, JR.                   )<br>    Defendant                               )<br>                                            ) | <u>Civ. Action No. 05-10344-DPW</u> |

**CERTIFICATION OF THE DEFENDANTS IN
PREPARATION FOR SCHEDULING CONFERENCE**

      I, Laurie Alexander-Krom, as counsel for Barrieau Express Inc. and Gerard P. Barrieau Jr., and I, Gerard P. Barrieau, individually and as an authorized representative of Barrieau Express Inc., hereby certify that we have conferred with regard to both case budgeting and the use of alternative dispute resolution programs.


/s/ Laurie Alexander-Krom_____
Laurie Alexander-Krom

/s/Gerard P. Barrieau /s/_____
Gerard P. Barrieau

                                            BARRIEAU EXPRESS, INC., a.k.a.
                                            BARRIEAU MOVING & STORAGE, and
                                            GERARD P. BARRIEAU, JR
                                            By its attorney,

                                            <u>S/ Laurie Alexander-Krom</u>
                                            Laurie Alexander-Krom – BBO #637385
                                            Murtha Cullina LLP
                                            99 High Street
                                            Boston, MA 02110-2320
                                            Telephone:  (617) 457-4000

Date: May 23, 2005