UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES LANGONE as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br>    Plaintiff<br><br>v.<br><br>BARRIEAU EXPRESS, INC., a.k.a. BARRIEAU MOVING & STORAGE, and GERARD P. BARRIEAU, JR.<br>    Defendant | Civ. Action No. 05-10344-DPW |

## AMENDED CERTIFICATION OF BARRIEAU EXPRESS INC. IN PREPARATION FOR SCHEDULING CONFERENCE

I, Laurie Alexander-Krom, as counsel for Barrieau Express Inc., and I, Gerard P. Barrieau, an authorized representative of Barrieau Express Inc., hereby certify that we have conferred with regard to both case budgeting and the use of alternative dispute resolution programs.

/s/ Laurie Alexander-Krom_____
Laurie Alexander-Krom

/s/Gerard P. Barrieau /s/_____
Gerard P. Barrieau

                                            BARRIEAU EXPRESS, INC., a.k.a.
                                            BARRIEAU MOVING & STORAGE
                                            By its attorney,

                                            S/ Laurie Alexander-Krom
                                            Laurie Alexander-Krom – BBO #637385
                                            Murtha Cullina LLP
                                            99 High Street
                                            Boston, MA 02110-2320
                                            Telephone:  (617) 457-4000

Date: May 24, 2005