UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>BARRIEAU EXPRESS, INCORPORATED a.k.a. BARRIEAU MOVING & STORAGE and GERARD P. BARRIEAU, JR.<br><br>Defendants, | C.A. No. C.A. No. 05-10344 DPW |

## ACCEPTANCE OF SERVICE

I am hereby authorized to accept service of the First Amendment Complaint on behalf of Barrieau Express, Incorporated a.k.a. Barrieau Moving & Storage in the case of <u>Charles Langone, as Fund Manager of New England Teamsters and Trucking Industry Pension Fund vs. Barrieau Express, Incorporated et al.</u> pending in the United States District Court, District of Massachusetts, Case No. 05-10344DPW. The Plaintiff waives service of a summons in such action. The date of service is May 24, 2005.

Dated:                                              Barrieau Express Incorporated a.k.a. Barrieau
                                                    Moving & Storage

                                                    By their attorney,

                                                    _/s/ Laurie Alexander-Krom_
                                                    Lissa Paris, Esq.
                                                    Laurie Alexander-Krom, Esq.
                                                    Murtha Cullina LLP
                                                    CityPlace I
                                                    185 Asylum Street
                                                    Hartford, CT 06103