UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                  )
                                  )
        Plaintiff,                )
                                  )      C.A. No. 05-10344 DPW
v.                                )
                                  )
                                  )
BARRIEAU EXPRESS, INCORPORATED a.k.a. )
BARRIEAU MOVING & STORAGE and     )
GERARD P. BARRIEAU, JR.           )
                                  )
        Defendants,                )
_____)

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Gerard P. Barrieau, Jr., on June 3, 2005 by U.S. certified mail, return receipt requested. The original return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 7th day of June 2005.

_____
Nancy Deleon, Legal Secretary
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

UNITED STATES POSTAL SERVICE

|||| ||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Feinberg, Campbell + Zack, P.C.
177 Milk Street
Boston, MA 02109

CMC                    Brazieru

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  6/3/[   ] |
| 1. Article Addressed to:<br>Gerard P. Brazican, Jr.<br>47 Solay Drive<br>W. Hartford, CT 0610[ ] | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 7004 0550 0000 6116 2261 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 0550 0000 6116 2261 |

Domestic Return Receipt    102595-02-M-1540