UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND )<br><br>Plaintiff,            )<br>)<br>v.                              )<br>)<br>BARRIEAU EXPRESS, INCORPORATED a/k/a )<br>BARRIEAU MOVING & STORAGE and )<br>GERARD P. BARRIEAU, JR.      )<br>)<br>Defendants.          ) | C.A. No. 05-10344 (DPW) |

ANSWER TO FIRST AMENDED COMPLAINT BY BARRIEAU
EXPRESS, INCORPORATED, a/k/a BARRIEAU MOVING & STORAGE

FIRST COUNT

1. Defendant Barrieau Express Incorporated admits paragraph 1.

2. Defendant admits paragraph 2.

3. Defendant admits paragraph 3.

4. Defendant admits paragraph 4.

5. Defendant admits paragraph 5.

6. Defendant admits paragraph 6.

7. Defendant admits paragraph 7.

8. Defendant admits paragraph 8.

9. Defendant admits that it has failed to make certain contributions to the Pension Fund, but otherwise denies paragraph 9.

## SECOND COUNT

1-10. Defendant Barrieau Express, Incorporated incorporates its responses to paragraphs 1 though 10 of this Complaint the same as it fully pleaded.

11. Defendant admits that it permanently ceased operations and liquidated. Otherwise, defendant denies paragraph 11.

12. Defendant admits paragraph 12.

13. Defendant admits paragraph 13.

14. Defendant admits paragraph 14.

15. Defendant admits paragraph 15 and further states that the time to request arbitration has not yet expired.

16. Defendant admits that it made one interim payment of withdrawal liability, and otherwise denies paragraph 16.

## FIRST SPECIAL DEFENSE

1. Defendant Barrieau Express has ceased operations and is insolvent.

2. Barrieau Express is distributing its assets pursuant to proceedings under Connecticut insolvency laws.

3. Pursuant to that statute, defendant must treat all creditors on an equal basis.

4. Payment of the amounts demanded would violate Connecticut law.

-3-

## SECOND SPECIAL DEFENSE

Because of its insolvency, the amount demanded by the Funds as withdrawal liability exceeds statutory requirements.

>                     BARRIEAU EXPRESS INCORPORATED
>                     a/k/a BARRIEAU MOVING & STORAGE
>
>
>                     By  s/ Laurie Alexander-Krom
>                           Laurie Alexander-Krom
>
>                     Murtha Cullina LLP
>                     99 High Street
>                     Boston, Massachusetts  02110-2320
>                     Telephone:  (617) 457-4000
>                     Its Attorney

Dated: June 13, 2005