UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BARRIEAU EXPRESS, INCORPORATED a.k.a. )<br>BARRIEAU MOVING & STORAGE and )<br>GERARD P. BARRIEAU, JR. )<br>)<br>      Defendants, )<br>_____) | C.A. No. 05-10344 DPW |

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendant, Gerard P. Barrieau, Jr., to file an answer to Plaintiff's Complaint may be extended up to and including July 13, 2005.

Dated:  June 22, 2005      Respectfully submitted,

                                            Catherine M. Campbell
                                            BBO #549397629444
                                            Feinberg, Campbell & Zack, P.C.
                                            177 Milk Street
                                            Boston, MA 02109
                                            (617) 338-1976


                                            /s/ Catherine M. Campbell_____
                                            Attorney for Plaintiff

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Lissa J. Paris, Esq., Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103.

|  |  |
|---|---|
|  | /s/Catherine M. Campbell |
| Date: June 22, 2005 | Catherine M. Campbell |