UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br>    Plaintiff<br><br>v.<br><br>BARRIEAU EXPRESS, INC., a.k.a. BARRIEAU MOVING & STORAGE, and GERARD P. BARRIEAU, JR.<br>    Defendants | C. A. No. 05-10344-DPW |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

NOW COME the parties in this action to request the Court amend the Scheduling Order dated May 31, 2005 to extend all deadlines an additional one hundred and twenty days as follows:

> FRCP, Rule 26 provided by Plaintiff: February 28, 2006
> FRCP, Rule 26 provided by Defendants: March 11, 2006
> All discovery: April 14, 2006
> Motion for Summary Judgments: May 31, 2006
> Status Report: June 16, 2006

This is an action for the collection of delinquent contributions and withdrawal liability pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, et seq., as amended by the Multi-Employer Pension Plan Amendments Act, 29 U.S.C. § 1381 et seq. The parties are exploring a global settlement of this matter that involves a pending arbitration and at least two non-parties. Additional time is sought to allow the discussions to move forward without incurring additional litigation costs.

A request is hereby made for a new status conference date sometime after June 16, 2006.

Dated:   November 1, 2005

| For the Plaintiff, | For the Defendant, |
|---|---|
| Charles Langone as Fund Manager | Barrieau Express Incorporated a.k.a. |
| Of the New England Teamsters | Barrieau Moving & Storage |
| & Trucking Industry Pension Fund | |
| By its Attorney, | By its Attorney, |

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
Telephone:  (617) 338-1976

/S/ Laurie Alexander-Krom
Laurie Alexander-Krom, Esq.
BBO #637385
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone:  (617) 457-4000

For the Defendant,
Gerard P. Barrieau, Jr.
By his Attorney,

/S/ Howard M. Brown
Howard M. Brown, Esq.
BBO# 547948
Bartlett, Hackett & Feinberg, P.C.
155 Federal Street, 9th floor
Boston, MA 02210
 Telephone: (617) 422-0200