UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br>    Plaintiff,<br><br>v.<br><br>BARRIEAU EXPRESS, INCORPORATED a.k.a. BARRIEAU MOVING & STORAGE and GERARD P. BARRIEAU, JR.<br>    Defendants, | )<br>)<br>)<br>)<br>) C.A. No. C.A. No. 05-10344 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Now comes the Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund (hereinafter the "Pension Fund"), who moves to file the Second Amended Complaint attached hereto pursuant to F.R.C.P. 15. This is an action for the collection of delinquent contributions and withdrawal liability pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.*, as amended by the Multi-Employer Pension Plan Amendments Act, 29 U.S.C. §1381 *et seq.* In support of this motion, Plaintiff relies upon the attached Memorandum of Law and Rule 15(a) certification.

Dated: December 13, 2005   Respectfully submitted,

    For the Plaintiff,
    CHARLES LANGONE, FUND MANAGER,
    By his Attorney,

    /S/ Catherine M. Campbell
    Catherine M. Campbell
    BBO #549397
    Feinberg, Campbell & Zack, P.C.
    177 Milk Street
    Boston, MA  02109
    (617) 338-1976

<u>Certificate of Service</u>

  I, Catherine M. Campbell, hereby certify that I caused a copy of the Motion for Leave to File Second Amended Complaint and Memorandum in Support of Motion for Leave to File Second Amended Complaint foregoing to be mailed on November 30, 2005 by U.S. first-class mail to Laurie Alexander-Krom, Esq., Murtha Cullina LLP, 99 High Street Boston, MA 02110-2320, Richard Weinstein, Esq., 29 South Main St., West Hartford, CT 06107, Howard M. Brown, Esq., Bartlett, Hackett & Feinberg, P.C., 155 Federal Street, 9th floor, Boston, MA 02210, GBJR, LLC, 47 Soby Drive, West Hartford, CT 06107 and 5B, LLC, 301 Murphy Road, Hartford, CT 06114, c/o Gerard P. Barrieau.

            /S/ Catherine M. Campbell
            Catherine M. Campbell

Date: December 13, 2005