UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BARRIEAU EXPRESS, INCORPORATED a.k.a. )<br>BARRIEAU MOVING & STORAGE and )<br>GERARD P. BARRIEAU, JR. )<br>)<br>　　　　Defendants, )<br>_____) | C.A. No. C.A. No. 05-10344 DPW |

**MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

**PROCEDURAL HISTORY**

The Plaintiff seeks to amend, file and serve the attached Second Amended Complaint in this matter. Plaintiff filed the original complaint on February 22, 2005 for collection of a payroll audit on behalf of the New England Teamsters and Trucking Industry Pension Fund (hereinafter "the Pension Fund") Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq*. On May 5, 2005, a first amended complaint was filed to add a claim for delinquent interim payments of withdrawal liability pursuant to the Multi-Employer Pension Plan Amendments Act ("MPPAA"), 29 U.S.C. §1381 *et seq*. An amended scheduling order was recently entered with discovery to be completed by April 14, 2006.

**FACTS AND ARGUMENT**

Barrieau Express, Inc. withdrew as a contributing employer to the Pension Fund when it ceased operations on November 30, 2004 incurring withdrawal liability under MPPAA in the amount of $1,510,749. An employer who permanently ceases to have an obligation to an ERISA pension fund incurs withdrawal liability i.e., the employer's proportionate share of the plan's unfunded vested liability. *PBGC v. R.A. Gray & Co.*, 467 U.S. 717, 720-722 (1984). Pursuant to MPPAA, an employer, for withdrawal liability purposes, includes all "trades or businesses" under common control with a contributing employer as determined by 26 C.F.R. §1.414(c)-2. This "control group" is jointly and severally liable for payment of the withdrawal liability. 29 U.S.C. §1301(b)(1); *PBGC v. Ouimet*, 630 F.2d 4, *cert. den.* 450 U.S. 914 (1981).

Plaintiff seeks to add GBJR, LLC and 5B, LLC as new parties to this action as these entities have been identified in correspondence sent in response to a withdrawal liability questionnaire as businesses under common control with Barrieau Express, Inc.

F.R.C.P. 15(a) states in pertinent part:

A party may amend his pleading once as a matter of course at any time before a responsive pleading is permitted and the action has not been placed upon the trial calendar, he may so amend it at any time within 20 days after it is served. Otherwise a party may amend his pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Plaintiff seeks to join all control group entities liable for the payment of withdrawal liability in one action. As the deadline for discovery has been extended to April 2006, there should be no delay in the litigation of this matter as a result of the addition of these parties and no prejudice to any adverse parties.

**CONCLUSION**

For all the foregoing reasons, Plaintiff requests the Motion to File the Second Amended Complaint be granted and requests that the Court accept the filing of the Pleading attached hereto.

Dated: December 13, 2005

Respectfully submitted,

For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA  02109
(617) 338-1976