UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br>    Plaintiff,<br><br>v.<br><br>BARRIEAU EXPRESS, INCORPORATED a.k.a. BARRIEAU MOVING & STORAGE and GERARD P. BARRIEAU, JR.<br>    Defendants, | )<br>)<br>)<br>)<br>)   C.A. No. C.A. No. 05-10344 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF LOCAL RULE 15.1 COMPLIANCE**

I, Catherine M. Campbell, counsel for Charles Langone, as Fund Manager of the New England Teamsters and Trucking Industry Pension Fund hereby certify that I served the Motion For Leave To File Second Amended Complaint upon Lissa Paris, Esq., counsel for defendant, Barrieau Express, Inc. aka Barrieau Moving & Storage and Howard Brown, Esq. and Richard Weinstein, Esq., counsel for Gerard P. Barrieau, Jr. This motion was served on November 30, 2005, more than ten (10) days prior to the filing date as required by Local Rules.

Dated: December 13, 2005

Respectfully submitted,
For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

<u>/S/ Catherine M. Campbell</u>
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976