UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BARRIEAU EXPRESS, INCORPORATED a.k.a. )<br>BARRIEAU MOVING & STORAGE and )<br>GERARD P. BARRIEAU, JR. )<br>    Defendants, )<br>_____) | C.A. No. 05-10344 DPW |

**PLAINTIFF'S REQUEST FOR FURTHER EXTENSION
OF SCHEDULING DEADLINES**

This is an action for collection of delinquent contributions and interim withdrawal liability from a contributing employer to the New England Teamsters and Trucking Industry Pension Fund pursuant to the Employee Retirement Income Security Act. On December 13, 2005, Plaintiff filed a Motion for Leave to File a Second Amended Complaint to add two additional defendants who are alleged to be members of a group of trades or businesses under common control with Defendant Barrieau Express, Inc. a former contributing employer to the Fund. All parties were served and no objections have been filed. The Court has yet to issue an order with regard to the Motion. As a result, discovery cannot be completed nor dispositive motions filed on the current schedule set by this Court. Therefore, Plaintiff requests a further an extension of 90 days as follows.

        FRCP, Rule 26 provided by Plaintiff: May 29, 2006
        FRCP, Rule 26 provided by Defendants: June 11, 2006
        All discovery: July 14, 2006
        Motion for Summary Judgments: August 31, 2006

Plaintiff further requests an order on the pending Motion so that Answers can be filed and discovery completed within the ninety day time-frame. Plaintiff also reports that the parties have engaged and continue to conduct extensive settlement discussions in an effort to resolve this matter.

Dated: April 14, 2006                Respectfully submitted,

                                     For the Plaintiff,
                                     CHARLES LANGONE, FUND MANAGER,
                                     By his Attorney,

                                     /S/ Catherine M. Campbell
                                     Catherine M. Campbell
                                     BBO #549397
                                     Feinberg, Campbell & Zack, P.C.
                                     177 Milk Street
                                     Boston, MA  02109
                                     (617) 338-1976

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed on April 18, 2006 by U.S. first-class mail to Lissa J. Paris, Esq., Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103, Laurie Alexander-Krom, Esq., Murtha Cullina LLP, 99 High Street Boston, MA 02110-2320, Richard Weinstein, Esq., 29 South Main St., West Hartford, CT 06107 and Howard M. Brown, Esq., Bartlett, Hackett & Feinberg, P.C., 155 Federal Street, 9th floor, Boston, MA 02210.

Date:  April 14, 2006                /S/ Catherine M. Campbell
                                     Catherine M. Campbell

Certificate of Compliance

Pursuant to Local Rule 7.1, I have contacted counsel for Defendants and conferred in good faith in an effort to resolve this matter and/or narrow the issues.

Date:  April 14, 2006                /S/ Catherine M. Campbell
                                     Catherine M. Campbell