UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>BARRIEAU EXPRESS, INCORPORATED a.k.a. BARRIEAU MOVING & STORAGE, GERARD P. BARRIEAU, JR., GBJR, LLC and 5B, LLC<br><br>Defendants, | C.A. No. 05-10344 DPW |

## ACCEPTANCE OF SERVICE

I am hereby authorized to accept service of the Second Amended Complaint on behalf of Barrieau Express, Inc. a.k.a Barrieau Moving & Storage in the case of *Charles Langone, Fund Manager of New England Teamsters and Trucking Industry Pension Fund vs. Barrieau Express, Inc. a.k.a Barrieau Moving & Storage, Gerard P. Barrieau, Jr., GBJR, LLC and 5B, LLC.*, pending in the United States District Court, District of Massachusetts, case number 05cv10344 DPW. The Plaintiff waives service of a summons in such action. The date of service is April 18, 2006.

BARRIEAU EXPRESS, INC. aka BARRIEAU MOVING & STORAGE
By its attorney,

*Lissa J Paris*   4/21/06
Lissa Paris, Esq.                  rec'd
Laurie Alexander-Krum, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103