UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>BARRIEAU EXPRESS, INCORPORATED a.k.a. BARRIEAU MOVING & STORAGE, GERARD P. BARRIEAU, JR., GBJR, LLC and 5B, LLC<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-10344 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ACCEPTANCE OF SERVICE

I am hereby authorized to accept service of the Second Amended Complaint on behalf of Gerard P. Barrieau, Jr., GBJR, LLC and 5B, LLC in the case of *Charles Langone, Fund Manager of New England Teamsters and Trucking Industry Pension Fund vs. Barrieau Express, Inc. a.k.a Barrieau Moving & Storage, Gerard P. Barrieau, Jr., GBJR, LLC and 5B, LLC.,* pending in the United States District Court, District of Massachusetts, case number 05cv10344 DPW. The Plaintiff waives service of a summons in such action. The date of service is April 25, 2006.

                                                GERARD P. BARRIEAU, JR., GBJR, LLC and 5B, LLC
                                                By its attorney,

                                                /s/ Howard M. Brown
                                                Howard M. Brown, Esq.
                                                BBO# 547948
                                                Bartlett, Hackett & Feinberg, P.C.
                                                155 Federal Street, 9th floor
                                                Boston, MA 02210
                                                Telephone: (617) 422-0200