UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
      Plaintiff, )
) C.A. No. 05-10344 DPW
v. )
)
)
BARRIEAU EXPRESS, INCORPORATED a.k.a. )
BARRIEAU MOVING & STORAGE, )
GERARD P. BARRIEAU, JR., GBJR, LLC and )
5B, LLC )
)
      Defendants, )
_____)

## ASSENTED TO REQUEST AN EXTENSION TO FILE THE MOTION FOR SUMMARY JUDGMENTS

NOW COMES the Plaintiff in this action to request an extension of time to file the Motions for Summary Judgment from August 31, 2006 to October 16, 2006. The parties require additional time to negotiate a possible settlement of the matter which involves complex real estate transactions.

Dated: August 16, 2006              Respectfully submitted,

                                           Catherine M. Campbell, BBO #549397
                                           Feinberg, Campbell & Zack, P.C.
                                           177 Milk Street
                                           Boston, MA 02109
                                           (617) 338-1976


                                           /S/ Catherine M. Campbell
                                           Attorney for Plaintiff,
                                           Charles Langone

Certificate of Service

      I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within documents by first class mail, postage prepaid, to Laurie Alexander-Krom, Esq., Murtha Cullina LLP, 99 High Street Boston, MA 02110-2320, Lissa J. Paris, Esq. Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103, Richard Weinstein, Esq., 29 South Main St., West Hartford, CT 06107 and Howard M. Brown, Esq., Bartlett, Hackett & Feinberg, P.C., 155 Federal Street, 9th floor, Boston, MA 02210.

                                                                          /S/ Catherine M. Campbell
                                                                          Catherine M. Campbell

Dated: August 16, 2006