UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>BARRIEAU EXPRESS, INCORPORATED a.k.a. BARRIEAU MOVING & STORAGE, GERARD P. BARRIEAU, JR., GBJR, LLC and 5B, LLC<br><br>Defendants, | C.A. No. 05-10344 DPW |

## STATUS REPORT AND REQUEST FOR EXTENSION

As requested, the parties to this action report that a tentative agreement in principle regarding settlement, subject to negotiation of a definitive settlement agreement has been reached and approved by the Defendants and the Trustees of the Pension Fund. The settlement involves payment under a note secured by a mortgage on real property located in Connecticut. The preparation of final documents has been delayed until permission is obtained from the Small Business Administration, to place a second mortgage on the property. The SBA holds the first mortgage. The Fund also requires time to retain Connecticut counsel to prepare the mortgage documents.

Therefore, parties request a thirty day extension of all discovery and Rule 56 deadlines so that no party will incur litigation costs while the settlement preparations proceed. Plaintiff will report back to this court no later than October 20, 2006 regarding the progress of the settlement.

Respectfully submitted,

| | |
|---|---|
| BARRIEAU EXPRESS, INC., a.k.a. BARRIEAU MOVING & STORAGE, and GERARD P. BARRIEAU, JR<br>By its attorney, | CHARLES LANGONE as FUND MANAGER Of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND |
| /s/ Laurie Alexander-Krom<br>Laurie Alexander-Krom – BBO #637385<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110-2320<br>Telephone:  (617) 457-4000 | /s/ Catherine M. Campbell<br>Catherine M. Campbell – BBO #549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>Telephone:  (617) 338-1976 |

GERARD P. BARRIEAU, JR., GBJR, LLC and 5B, LLC
By its attorney,

 /s/ Howard M. Brown, Esq.
Howard M. Brown, Esq. - BBO# 547948
Bartlett, Hackett & Feinberg, P.C.
155 Federal Street, 9th floor
Boston, MA 02210
Telephone: (617) 422-0200