UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>　　　　Plaintiff,<br><br>v.<br><br>BARRIEAU EXPRESS, INCORPORATED a.k.a. BARRIEAU MOVING & STORAGE, GERARD P. BARRIEAU, JR., GBJR, LLC and 5B, LLC<br><br>　　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 05-10344 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT REQUEST FOR EXTENSION**

The parties request an additional forty-five day extension, until November 27, 2006, for all discovery and Rule 56 motions. As previously reported, a tentative settlement agreement has been reached which hinges upon permission from the Small Business Administration to place a second mortgage on a Connecticut property. Counsel in Connecticut has been retained to pursue this matter with the SBA but final approval is still pending. The settlement cannot move forward without SBA consent. Counsel anticipates that the additional extension will be sufficient to allow the matter to be concluded. All parties seek to avoid additional litigation costs which would be incurred if Motions for Summary Judgments were to be filed on October 16, 2006 as required by the current schedule.

Please note that Lissa Paris, Connecticut counsel for Barrieau Express, Incorporated, GBJR, LLC and 5B, LLC has agreed to and joins in the filing of this

request. However, the attorney previously acting as local counsel for Murtha Cullina, LLP is no longer with the firm. New local counsel will file an appearance on Monday.

Respectfully submitted,

| | |
|---|---|
| BARRIEAU EXPRESS, INC., a.k.a. BARRIEAU MOVING & STORAGE, and GERARD P. BARRIEAU, JR By its attorney, | CHARLES LANGONE as FUND MANAGER Of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND |
| /s/ Lissa Paris, Esq. Lissa Paris, Esq. Murtha Cullina LLP 185 Asylum Street Hartford, CT 06103 Telephone: (860) 240-6000 | /s/ Catherine M. Campbell Catherine M. Campbell – BBO #549397 Feinberg, Campbell & Zack, P.C. 177 Milk Street Boston, MA 02109 Telephone: (617) 338-1976 |
| Dated: October 13, 2006 | Dated: October 13, 2006 |

GERARD P. BARRIEAU, JR.,
GBJR, LLC and 5B, LLC
By its attorney,

/s/ Howard M. Brown, Esq.
Howard M. Brown, Esq. - BBO# 547948
Bartlett, Hackett & Feinberg, P.C.
155 Federal Street, 9th floor
Boston, MA 02210
Telephone: (617) 422-0200

Dated: October 13, 2006