UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-10344 (DPW) |
| v. | ) ) | |
| BARRIEAU EXPRESS, INCORPORATED a/k/a BARRIEAU MOVING & STORAGE and GERARD P. BARRIEAU, JR. | ) ) ) ) | |
| Defendants. | ) | |

<u>APPEARANCE</u>

Please enter my appearance on behalf of the defendant Barrieau Express, Incorporated.

                                  BARRIEAU EXPRESS INCORPORATED
                                  a/k/a BARRIEAU MOVING & STORAGE


                                  By  s/ Susan J. Baronoff
                                      Susan J. Baronoff

                                  Murtha Cullina LLP
                                  99 High Street
                                  Boston, Massachusetts  02110-2320
                                  Telephone:  (617) 457-4000
                                  sbaronoff@murthalaw.com
                                  Its Attorney

Dated: October 16, 2006