```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

CHARLES LANGONE as Fund
Manger of the New England Teamsters
and Trucking Industry Pension Fund
    Plaintiff,

      v.                              CIVIL ACTION
                               NO.05-10344-DPW

BARRIEAU EXPRESS, INCORPORATED,
    Defendant,


### SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

    The Court having been advised that the above-entitled action has been settled with respect to all parties;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 60 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **FEBRUARY 9, 2006.**

    The Status conference set for December 14, 2006 is canceled.


                                                   BY THE COURT,

                                                   /S/ Michelle Rynne

DATED: December 11, 2006                   Deputy Clerk