UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER<br>of the NEW ENGLAND TEAMSTERS AND<br>TRUCKING INDUSTRY PENSION FUND<br><br>      Plaintiff,<br><br>      v.<br><br>BARRIEAU EXPRESS, INCORPORATED a.k.a.<br>BARRIEAU MOVING & STORAGE and<br>GERARD P. BARRIEAU, JR.<br><br>      Defendants. | C.A. No. 05-10344 DPW |

**Assented to Request to Extend the Time to File a Motion to Reopen the Case**

On December 11, 2006, a Sixty Day Settlement Order Of Dismissal was entered in the instant case. The parties now request an extension of fourteen (14) days to February 23, 2007, to file a Motion to Reopen the case. Although the parties are proceeding with the preparation of the settlement and anticipate that it will be finalized, additional time is required for completion of the documents.

Dated: February 6, 2006

Respectfully submitted,

Catherine M. Campbell
BBO # 549397
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell
Attorney for plaintiff

<u>Certificate of Service</u>

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to this indicated as non registered participants on  February 6, 2007.

                              <u>/s/ Catherine M. Campbell</u>
                              Catherine M. Campbell