UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>   Plaintiff,<br><br>v.<br><br><br>BARRIEAU EXPRESS, INCORPORATED a.k.a. BARRIEAU MOVING & STORAGE, GERARD P. BARRIEAU, JR., GBJR, LLC and 5B, LLC<br><br>   Defendants, | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-10344 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), as the Parties have reached a settlement in the above-captioned matter, they hereby stipulate to dismiss the above referenced complaint with prejudice and with each party to bear its own costs.

Dated:   April 9, 2007

| | |
|---|---|
| For the Plaintiff,<br>Charles Langone as Fund Manager<br>Of the New England Teamsters<br>& Trucking Industry Pension Fund<br>By its Attorney, | For the Defendant,<br>Barrieau Express Incorporated a.k.a.<br>Barrieau Moving & Storage<br><br>By its Attorney, |
| /s/ Catherine M. Campbell<br>Catherine M. Campbell<br>BBO #549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>Telephone:  (617) 338-1976 | /s/ Susan J. Baronoff<br>Susan J. Baronoff<br>BBO #030200<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110-2320<br>Telephone:  (617) 457-4000 |

For the Defendant,
Gerard P. Barrieau, Jr.
By his Attorney,


/s/ Howard M. Brown
Howard M. Brown, Esq.
BBO# 547948
Bartlett, Hackett & Feinberg, P.C.
155 Federal Street, 9th floor
Boston, MA 02210
Telephone: (617) 422-0200